# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 15, 2016 | **Time:** 4 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 2:16-cv-01986-VC | **Case Name:** Bado v. Liberty Assurance Company of Boston | |

**Attorney for Plaintiff:** Bernard Schwam (t)
**Attorney for Defendant:** Norman Lau (t)

**Deputy Clerk:** Kristen Melen        **FTR Recording:** Hearing not reported or recorded

## PROCEEDINGS:

Telephonic Initial Case Management Conference - hearing held.

## ORDER AFTER HEARING:

Settlement discussions have started. Further CMC scheduled for 3/21/2017, at 2:30 p.m. to take place by phone. Updated joint case management statement due 3/14/2017. Defendant shall set up the conference line and alert the Court and opposing counsel of the information by no later than three court days prior to the FCMC by way of email. Trial Management Schedule is listed below:

| Fact discovery cut-off | 6/22/2017 |
|---|---|
| Expert disclosure | 7/5/2017 |
| Expert rebuttal | 7/12/2017 |
| Expert discovery cut-off | 7/27/2017 |
| Last day to hear Dispositive Motions | 9/21/2017 (10:00 a.m. in S.F.) |
| Pretrial conference | 11/20/2017 (1:30 p.m. in S.F.) |
| Jury Trial | 12/4/2017 (8:30 a.m. in Sac.) |
| Number of trial days | TDB at PTC |

**(t)= Telephonic appearance